```
                              United States Bankruptcy Court
                                Middle District of Florida
In re:                                                              Case No. 18-10050-CPM
Steven Howard Rafer                                                 Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: kbrickner            Page 1 of 2           Date Rcvd: Nov 27, 2018
                              Form ID: 309A              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2018.
db             +Steven Howard Rafer,    3323 Castle Rock Circle,    Land O Lakes, FL 34639-5584
27913170       +Ann Rafer,   1 Duncannon Ave.,    Apt. #4,   Worcester, MA 01604-5144
27916884       +David C. Pugh, Jr.,    23141 Eagle Watch Drive,    Land O Lakes, FL 34639-4782
27913177       +Durable Medical Equip., Inc.,    P.O. Box 1259,    Dept. #132849,   Oaks, PA 19456-1259
27913176       +Durable Medical Equip., Inc.,    42 Southbridge Street,    Auburn, MA 01501-2582
27913178       +Fed. Nat. Mortgage Assoc.,    c/o Orlans, PC,   P.O. Box 540540,    Waltham, MA 02454-0540
27913180       +Federal National Mortgage,    Association,   14221 Dallas Parkway,    Suite #100,
                 Dallas, TX 75254-2951
27913182       +Greenwood Credit Union,    2669 Post Rd.,   Warwick, RI 02886-3076
27913188       +Seterus, Inc.,   14523 SW Millikan Way #200,    Beaverton, OR 97005-2352
27913189       +St. Mary's Credit Union,    293 Boston Post Rd. W.,   Marlborough, MA 01752-4687

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: JeffECF@thibaultlawfirm.com Nov 27 2018 23:46:34     Jeffrey R Thibault,
                 Jeffrey R. Thibault, P.A.,   P.O. Box 341434,   Tampa, FL  33694
tr              EDI: FBASCHARRER.COM Nov 28 2018 04:24:00     Beth Ann Scharrer,   Trustee,   PO Box 4550,
                 Seminole, FL  33775-4550
ust            +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Nov 27 2018 23:48:28
                 United States Trustee - TPA7/13,   Timberlake Annex, Suite 1200,   501 E Polk Street,
                 Tampa, FL 33602-3949
27913169        EDI: AMEREXPR.COM Nov 28 2018 04:24:00     American Express,   P.O. Box 981540,
                 El Paso, TX 79998-1540
27913171       +EDI: BANKAMER.COM Nov 28 2018 04:24:00     Bank Of America,   Nc4-105-03-14,   P.O. Box 26012,
                 Greensboro, NC 27420-6012
27913172        EDI: BANKAMER.COM Nov 28 2018 04:24:00     Bank of America,   P.O. Box 15026,
                 Wilmington, DE 19850-5026
27913173        EDI: CAPITALONE.COM Nov 28 2018 04:24:00     Capital One,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
27913174       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 27 2018 23:49:04
                 Collection Associates, Inc.,   Attn: Bankruptcy Dept,   P.O. Box 349,
                 Greensburg, IN 47240-0349
27913175       +EDI: WFNNB.COM Nov 28 2018 04:24:00     Comenity Capital,   P.O. Box 182125,
                 Columbus, OH 43218-2125
27913181       +EDI: WFFC.COM Nov 28 2018 04:24:00     Furniturebar,   P.O. Box 94498,
                 Las Vegas, NV 89193-4498
27913183       +E-mail/Text: resolutions@iccreditunion.com Nov 27 2018 23:48:02     IC Federal Credit Union,
                 Attn: Collections,   300 Bemins Road,   Fitchburg, MA 01420-7356
27913184       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Nov 27 2018 23:49:06
                 JH Portfolio Debt,   Equities, LLC,   5757 Phantom Dr. Ste. 225,   Hazelwood, MO 63042-2429
27913185        EDI: PRA.COM Nov 28 2018 04:23:00     Portfolio Recovery,   Associates, LLC,   P.O. Box 41067,
                 Norfolk, VA 23541
27913186       +E-mail/Text: bkdepartment@rtresolutions.com Nov 27 2018 23:47:59     Real Time Resolutions,
                 Attn: Bankruptcy,   P.O. Box 36655,   Dallas, TX 75235-1655
27913187        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 27 2018 23:45:24     Regional Acceptance Co.,
                 111126 N. Mabry Hwy.,   Tampa, FL 33618
27913191       +EDI: RMSC.COM Nov 28 2018 04:24:00     Synchrony Bank,   Attn: Bankruptcy Dept.,
                 P.O. Box 956060,   Orlando, FL 32896-0001
27913190        EDI: RMSC.COM Nov 28 2018 04:24:00     Synchrony Bank,   Ashley Furniture Home Store,
                 Attn: Bankruptcy Dept.,   P.O. Box 965061,   Orlando, FL 32896-5061
27913192       +EDI: RMSC.COM Nov 28 2018 04:24:00     Synchrony Bank - Lowes,   P.O. Box 965005,
                 Orlando, FL 32896-5005
27913193        EDI: RMSC.COM Nov 28 2018 04:24:00     Synchrony Bank - Wal-Mart,   P.O. Box 965060,
                 Orlando, FL 32896-5060
27913194       +EDI: WTRRNBANK.COM Nov 28 2018 04:24:00     Target,   C/O Financial & Retail Srvs.,
                 Mail Stop NBT,   P.O. Box 9475,   Minneapolis, MN 55440-9475
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27913179        Fed. Nat. Mortgage Assoc.,   c/o Abigail Chmielecki, Esq.,   Orlans, PC,   P.O. Box 540540
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 113A-8          User: kbrickner              Page 2 of 2                   Date Rcvd: Nov 27, 2018
                              Form ID: 309A                Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2018 at the address(es) listed below:
              Beth Ann Scharrer    bscharrertrustee@gmail.com,
               fl28@ecfcbis.com;bas1@trustesolutions.net;tafch7llc@gmail.com
              Jeffrey R Thibault    on behalf of Debtor Steven Howard Rafer JeffECF@thibaultlawfirm.com,
               thibaultlawflecf@gmail.com;rjr74536@notify.bestcase.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Steven Howard Rafer** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–1644** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** <br> Case number:   **8:18–bk–10050–CPM** | | Date case filed for chapter **7**   **11/21/18** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Steven Howard Rafer | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 3323 Castle Rock Circle <br> Land O Lakes, FL 34639 | | |
| 4. | **Debtor's attorney** <br> Name and address | Jeffrey R Thibault <br> Jeffrey R. Thibault, P.A. <br> P.O. Box 341434 <br> Tampa, FL 33694 | | Contact phone (813) 280–0565 <br> Email: JeffECF@thibaultlawfirm.com |
| 5. | **Bankruptcy Trustee** <br> Name and address | Beth Ann Scharrer <br> Trustee <br> PO Box 4550 <br> Seminole, FL 33775–4550 | | Contact phone 727–392–8031 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. **Bankruptcy Clerk's Office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Sam M. Gibbons United States Courthouse 801 North Florida Avenue, Suite 555 Tampa, FL 33602 | Hours open: Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 813–301–5162<br><br>Date: November 27, 2018 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **January 3, 2019 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location:<br><br>**Room 100–A, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: March 4, 2019** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day | |

except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**